# United States District Court
# Western District of North Carolina
# Charlotte Division

| Betsy Tyler, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00220-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Saul, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2019 Order.

December 5, 2019

_____
Frank G. Johns, Clerk
United States District Court