UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00220-FDW

| BETSY TYLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. No. 17). Also before the Court is the parties' Stipulation for Payment of Attorney's Fees (Doc. No. 20), filed by Defendant.

Upon stipulation of the parties, it is hereby ORDERED that Defendant will pay Plaintiff $4,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Vaughn S. Clauson, and mailed to his office at P.O. Box 110205, Durham, North Carolina 27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

In light of the parties' stipulation and this Order, Plaintiff's motion (Doc. No. 17) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: February 28, 2020

Frank D. Whitney
Chief United States District Judge